IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EVAN WHITAKER, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>     v.<br><br>GOODMAN GLOBAL, INC., GOODMAN MANUFACTURING COMPANY, L.P., and GOODMAN COMPANY, L.P.,<br><br>                Defendants. | Case No: 5:14-cv-00302 |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL

COMES NOW PLAINTIFF, Evan Whitaker, by and through the undersigned counsel hereby voluntarily dismisses the claims without prejudice against Goodman Global, Inc., Goodman Manufacturing, L.P., and Goodman Company, L.P. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 24th day of June, 2014.

                                              */s/ Scott C. Harris*
                                              Scott C. Harris
                                              N.C. State Bar No. 35328
                                              Daniel K. Bryson
                                              N.C. State Bar No. 15781
                                              WHITFIELD BRYSON & MASON LLP
                                              900 W. Morgan Street
                                              Raleigh, North Carolina 27603
                                              Telephone: 919.600.5000
                                              Facsimile: 919.600.5035
                                              scott@wbmllp.com
                                              Dan@wbmllp.com
                                              *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, a copy of the foregoing was served via electronic filing on the CM/ECF system to the following attorneys of record:

Theodore M. Grossman
Richard J. Bedell, Jr.
Christopher M. McLaughlin
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190

Christopher G. Browning, Jr.
Garrick Sevilla
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601

        /s/ Scott C. Harris
        Scott C. Harris
        N.C. State Bar No. 35328
        Daniel K. Bryson
        N.C. State Bar No. 15781
        WHITFIELD BRYSON & MASON LLP
        900 W. Morgan Street
        Raleigh, North Carolina 27603
        Telephone: 919.600.5000
        Facsimile: 919.600.5035
        scott@wbmllp.com
        Dan@wbmllp.com
        *Attorneys for Plaintiff*